IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS L. SPARKS, JR. | ) |
| Plaintiff, | ) |
| vs. | ) 2:12-CV-02166-LSC |
| DOMINITUE FOXWORTH, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this action is hereby DISMISSED WITH PREJUDICE.

Done this 28th day of August 2012.

*[signature]*

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
160704