FILED
2012 Aug-28 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS L. SPARKS, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:12-CV-02166-LSC |
| ) | |
| DOMINITUE FOXWORTH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this action is hereby DISMISSED WITH PREJUDICE.

Done this 28th day of August 2012.

/s/ L. Scott Coogler
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
160704